IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOREY T. CANFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATHEW SETORK, CROSSLANDER OF MONTGMERY, INC., and MAHMOOD GHASSEMI,<br><br>　　　　Defendants. | Case No. 08-CV-04264<br><br>Judge Suzanne B. Conlon<br><br>Mag. Judge Michael T. Mason<br><br><br>**Jury Trial Demanded** |

## NOTICE OF FILING AND SERVICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND SUPPORTING DECLARATION

　　　Plaintiff TOREY T. CANFIELD, by and through his attorney and pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, filed the attached Emergency Motion for Temporary Restraining Order and Declaration of Torey T. Canfield (with exhibits) in person with Judge Conlon's minute clerk on July 28, 2008. A copy of all materials were served on Defendants' counsel Jay R. Wyeth and James Jensen on July 28, 2008 via facsimile. Pursuant to direction from the Clerk of Court, copies are filed herewith electronically on July 29, 2008.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ J. Bryan Wood

　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　J. Bryan Wood
J. Bryan Wood (No. 6270845)　　　　　　　Attorney for Plaintiff
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone: (312) 545-1420
Facsimile: (312) 577-0749
Email: bryan@jbryanwoodlaw.com

Electronically filed on July 29, 2008