# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4264 | **DATE** | 7/29/2008 |
| **CASE TITLE** | TOREY T. CANFIELD vs. MATTHEW SETORK, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's emergency motion for a temporary restraining order [2] is denied. Plaintiff has failed to demonstrate that there is any basis to treat his motion for extraordinary injunctive relief on an emergency basis without reasonable notice. Nor has he shown that he satisfies the requirements for a restraining order. *See St. John's United Church of Christ v. City of Chicago*, 502 F.3d 616, 625 (7th Cir. 2007).

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|