IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOREY T. CANFIELD, | |
| Plaintiff, | Case No. 08-CV-04264 |
| v. | The Honorable Suzanne B. Conlon |
| MATHEW SETORK, CROSS LANDER OF MONTGOMERY, INC., and MAHMOOD GHASSEMI, | Magistrate Judge Michael T. Mason |
| | **Jury Trial Demanded** |
| Defendants. | |

## SUMMONS RETURNED EXECUTED FOR ALL DEFENDANTS

Please take notice that on August 15, 2008, the undersigned counsel for Plaintiff Torey T. Canfield filed the attached Summons Returned Executed for Defendants Mathew Setork (service on August 8, 2008), Cross Lander of Montgomery, Inc. (service on August 8, 2008) and Mahmood Ghassemi (service on August 10, 2008).

                                  Respectfully submitted,

                                  /s/ J. Bryan Wood
                   by_____
                                J. Bryan Wood
                              Attorney for Plaintiff

J. Bryan Wood  (No. 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 W. Jackson Blvd., Ste. 660
Chicago, Illinois 60604
Telephone:  (312) 545-1420
Facsimile:  (312) 577-0749
Email:  bryan@jbryanwoodlaw.com

Electronically filed on August 15, 2008

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Torey T. Canfield

V.

Mathew Setork, Cross Lander of Montgomery, Inc., and Mahmood Ghassemi

CASE NUMBER: 08-cv-4264

ASSIGNED JUDGE: Judge Suzanne B. Conlon

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Mason

TO: (Name and address of Defendant)

Mathew Setork
1860 S. Winchester Ct
Oswego, IL 60543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Bryan Wood
The Law Office of J. Bryan Wood
53 W. Jackson Blvd, Ste. 660
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

---
(By) DEPUTY CLERK

**August 4, 2008**

---
Date



Case 1:08-cv-04264   Document 11   Filed 08/15/2008   Page 3 of 7   F. MidEast
11:40 AM

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 8/08/08 |
| NAME OF SERVER (PRINT) John Hunter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Daughter — Shima (mof) 1860 Winchester Oswego IL

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/08/08
           Date

Signature of Server: John Hunt

Address of Server: 7423 N. Osceola

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Torey T. Canfield

CASE NUMBER: 08-cv-4264

V.

ASSIGNED JUDGE: Judge Suzanne B. Conlon

Mathew Setork, Cross Lander of Montgomery, Inc., and Mahmood Ghassemi

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Mason

TO: (Name and address of Defendant)

Cross Lander of Montgomery, Inc.
c/o Mathew Setork, 1860 Winchester Ct, Oswego, IL 60543

OR

111 S. Lake Street, Montgomery, IL 600538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Bryan Wood
The Law Office of J. Bryan Wood
53 W. Jackson Blvd, Ste. 660
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Cynthia Mercah* (signature)

----------------------------------
(By) DEPUTY CLERK



August 4, 2008
----------------------------------
Date

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/08/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Hurter | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Shima - Daughter
                                                                   1860 Winchester Oswego, IL

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/08/08
                Date

Signature of Server

7423 N Osceola
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Torey T. Canfield

V.

Mathew Setork, Cross Lander of Montgomery, Inc., and Mahmood Ghassemi

CASE NUMBER: 08-cv-4264

ASSIGNED JUDGE: Judge Suzanne B. Conlon

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Mason

TO: (Name and address of Defendant)

Mahmood Ghassemi
624 Redwood Lane
Lisle, IL 60532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Bryan Wood
The Law Office of J. Bryan Wood
53 W. Jackson Blvd, Ste. 660
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

August 4, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/10/08 |
| NAME OF SERVER *(PRINT)* John Hurter | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 624 Redwood Ln Lisle, IL
Mahmood Ghassemi

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/10/08
           Date

Signature of Server

7423 N. Osceola Chicago IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.