## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 C 4264

Torey T. Canfield, Plaintiff
v.
Matthew Setork, Cross Lander of Montgomery, Inc. and
Mahmood Ghassemi

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Mattew Setork, Cross Lander of Montgomery, Inc., and Mahmood Ghassemi

| |
|---|
| NAME (Type or print) <br> Thomas G. Oddo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas G. Oddo |
| FIRM <br> Coman & Anderson, P.C. |
| STREET ADDRESS <br> 2525 Cabot Drive, Suite 300 |
| CITY/STATE/ZIP <br> Lisle, Illinois 60532 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205239 | TELEPHONE NUMBER <br> (630) 428-2660 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that a true and correct copy of this Certificate of Service and Appearance of Counsel on behalf of Defendants, Mattew Setork, Cross Lander of Montgomery, Inc., and Mahmood Ghassemi was served electronically to those receiving CM/ECF pleadings or mailed first class postage prepaid to the parties listed on this 2nd day of September, 2008.

James Bryan Wood
The Law Office of J. Bryan Wood
53 West Jackson Boulevard
Suite 660
Chicago, IL 60622
312-545-1420
312-577-0749 (fax)
bryan@jbryanwoodlaw.com

s/ Tammy R. Milton
Tammy R. Milton

[√] Under penalties provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

Thomas G. Oddo
ARDC 6205239
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660